UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62021-CIV-SINGHAL

JUAN DEJESUS,

    Plaintiff,

vs.

EMBRAER EXECUTIVE JET SERVICES, LLC,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Defendant EMBRAER EXECUTIVE JET SERVICES, LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and this Court's Order Requiring Scheduling Report and Certificates of Interested Parties (DE 8), hereby files its Certificate of Interested Parties and Corporate Disclosure Statement, and states as follows:

**I.**  **Certificate of Interested Parties**

The following persons, associated persons, firms, partnerships, or corporations may have a financial interest in the outcome of this case:

    a. Juan Dejesus (Plaintiff);

    b. Richard Celler Legal, P.A. (Plaintiff's counsel);

    c. Noah Storch, Esq., (Plaintiff's counsel);

    d. Embraer Executive Jet Services, LLC (Defendant);

    e. Mr. Gary J. Spulak (Manager of Defendant);

    f. Mr. Marcos Rodrigues Lopes (Manager of Defendant);

    g.  Mr. Johann Christian Jean Charles Bordais (Manager of Defendant);

    h.  Ms. Marcia Regina Sato Davoli de Araujo (Manager of Defendant);

    i.  Greenberg Traurig, P.A. (Defendant's counsel);

    j.  Paul B. Ranis, Esq. (Defendant's counsel);

    k.  John L. McManus, Esq. (Defendant's counsel); and

    l.  Samuel Bookhardt IV, Esq. (Defendant's counsel).

**II.**    **Corporate Disclosure Statement**

The parent corporation of Embraer Executive Jet Services, LLC is Embraer Aircraft Holding, Inc. There are no publicly held corporations that own 10% or more of Defendant's stock.

 

GREENBERG TRAURIG, P.A.
*Counsel for Defendant*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
By: */s/ Paul B. Ranis*
    PAUL B. RANIS
    Florida Bar No. 64408
    Email: ranisp@gtlaw.com
    scottla@gtlaw.com
    flservice@gtlaw.com
    JOHN L. MCMANUS
    Florida Bar No. 0119423
    Email: mcmanusj@gtlaw.com
    yeargina@gtlaw.com
    SAMUEL BOOKHARDT IV
    Florida Bar No. 123499
    Email: bookhardts@gtlaw.com
    depasqualem@gtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed in CM/ECF on this 29th day of October 2020, which will generate Notices of Electronic Filing to all parties that have signed up for CM/ECF.

By: */s/ Paul B. Ranis*_____
PAUL B. RANIS

*ACTIVE 53454504v1*